LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

July 9, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)         :  Ryan Andrew Kelsch
     Case Number       :  09-21193
     Chapter           :  13
     Secured Creditor  :  BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
     Loan Number       :  XXXXX928

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                                            Very Truly Yours,

                                            /s/ John D. Schlotter

                                            John D. Schlotter, Esquire


cc: Kathleen Leavitt
    Philip K. Goldstein, Esq.

File Number CWF-09-25242 /
Request for Service of Notice