**Entered on Docket
February 15, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
The Bank of New York Mellon, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2
10-73777

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-21193-lbr |
| Ryan Andrew Kelsch | MS Motion No. |
| | Date: 1/12/2011 |
| | Time: 10:30 am |
| | Chapter 13 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 8 Monthly Payments at $1,324.42 | $10,595.36 |
| (July 1, 2010 - February 1, 2011) | |
| 7 Late Charges at $48.26 | $337.82 |
| (July 1, 2010 - January 1, 2011) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Total | $11,733.18 |

The total arrearage shall be paid in six monthly installments in the amount of $1,955.53 and shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2011 payment and continuing throughout and concluding on or before July 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2011 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 9337 Vista Waters Lane, Las Vegas, NV 89178, and legally described as follows:

Parcel I:

Lot 83 of Montecito Phase 2, as shown by map thereof on file in Book 129 of Plats, page 43, in the Office of the County Recorder of Clark County, nevada and amended by Certificate of Amendment recorded April 10, 2006 in Book 20060410 as Document No. 4389 and amended by Certificate of Amendment recorded July 28, 2006 in Book 230060728.

Parcel II:

An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition.

1  For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of
2  $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors
3  have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order
4  vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed
5  with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and
6  take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                                Philip K. Goldstein

By _____ 2/4/11         By _____

Kathleen A Leavitt                                Philip K. Goldstein
Chapter 13 Trustee                             Attorney for Debtors
201 Las Vegas Blvd., So. #200           609 S. 7th Street
Las Vegas, NV 89101                        Las Vegas, NV 89101

                                                         Nevada Bar No. _____

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_X_ approved the form of this order         ___ disapproved the form of this order

___ waived the right to review the order and/or     ___ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_X_ approved the form of this order         ___ disapproved the form of this order

___ waived the right to review the order and/or     ___ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor